STATE OF NEW JERSEY v. EFRAIN NIEVES.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL PEREZ.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE GROSS.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE FOSTER.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD BROWN.

July 23, 1985.

Petition for certification denied.